# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2866

_____

United States of America,　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　　Appellee,　　　　　 *
　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　v.　　　　　　　　　　　　 *　District Court for the
　　　　　　　　　　　　　　　　　*　Northern District of Iowa
Robert Samuel Wilkinson,　　　　　*
　　　　　　　　　　　　　　　　　*　[UNPUBLISHED]
　　　　　　　Appellant.　　　　　 *

_____

Submitted: February 20, 2008
Filed: April 16, 2008

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Following our affirmance of Wilkinson's sentence, United States v. Wilkinson, 225 Fed. Appx. 413 (8th Cir. 2007), the United States Supreme Court vacated our judgment and remanded the case for reconsideration in light of Gall v. United States, 128 S. Ct. 586 (2007). Wilkinson v. United States, 128 S. Ct. 1064 (2008).

Although we consider it to be a very close question, we conclude that, based upon the government's and the district court's comments at sentencing regarding the necessity of the existence of extraordinary circumstance as a prerequisite to a departure, the case should be remanded for resentencing in light of the Supreme

Court's disapproval of the restrictive views our court had expressed regarding a district court's discretion to depart below recommended Guideline sentences.

Accordingly, the sentence is vacated, and the case is remanded to the district court for resentencing.  We, of course, express no view regarding the sentence to be imposed.

_____